UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 23-23828-CV-WILLIAMS**

HOWARD COHAN,

    Plaintiff,

vs.

M2 MIAMI AIRPORT LLC,
d/b/a HYATT PLACE MIAMI AIRPORT EAST,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, M2 MIAMI AIRPORT LLC, d/b/a HYATT PLACE MIAMI AIRPORT EAST ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 20th day of December, 2023.

| BY: _s/ Jason S. Weiss_ | BY: _s/ Tina C. Wells_ |
|---|---|
| Jason S. Weiss | Tina C. Wells, Esq. |
| Jason@jswlawyer.com | Smith, Gambrell & Russell, LLP |
| Florida Bar No. 356890 | 311 S. Wacker DR. |
| **WEISS LAW GROUP, P.A.** | Suite 3000 |
| 5531 N. University Drive, Suite 103 | Chicago, IL 60606 |
| Coral Springs, FL 33067 | twills@sgrlaw.com |
| Tel: (954) 573-2800 | (312) 360-6000 |
| Fax: (954) 573-2798 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |